IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CAPITAL CASE

**DEREK SALES**                                                                    **PETITIONER**

v.                      CASE NO. 5:15-CV-00248-BSM

**DEXTER PAYNE, Director,**                                  **RESPONDENT**
**Arkansas Division of Correction**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE